UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
2015 FEB -2 P 1: 19
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

Larry Satterfield )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

Campbell County Jail )
Steve Carrol )
_____ )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (X)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____
        _____

        Defendants: _____
        _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Campbell County Jail (007)

   A. Is there a prisoner grievance procedure in this institution? YES (X) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (X) NO ( )

   C. If your answer is YES,

      1. What steps did you take? Filled out grievance, wrote the captain and Lieutenant of the jail.

      2. What was the result? I was told by Corpral General Baker to leave the issue alone - Never recieved a response back about my grievance.

   D. If your answer to B is NO, explain why not. _____

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

   F. If your answer is YES,

      1. What steps did you take? _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Larry Satterfield

Present address: Campbell County Jail - P.O. Box 82 - Jacksboro,, TN 37757

Permanent home address: _____

Address of nearest relative: Mellisa Henderson - 149 Whitman Hollow Rd Lafollette, TN 37766

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Campbell County Jail

Official position: _____

Place of employment: _____

C. Additional defendants: Steve Carrol

_____

_____

_____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Campbell County Jail - not equiped with suitable enviorment for Mental or physicaly handicapped inmates - No cameras

3

in the cells for inmate protection or security — Foul and unnessessary treatment from Correctional officers — Inmates are Made to sleep on floor due to lack of space — September 13th of 2013 - January 28th of 2015

Steve Carrol / Former Correctional Officer @ Campbell County Jail — I was shoved out of transportation van by Steve Carrol while hands and feet were shackled, causing me to fall to the ground - and causing me injury to my head, knee and hand. November, 17th 2014

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Suing for legal action to be taken against defendants for actions against me.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ____28th____ day of ____January____, 20_15_.

LARRY SATTERFIELD
Signature of plaintiff(s)

5